# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134550 & (14)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 134550
                                           COA: 277045

DERRICK LASHONE BRADDOCK,
      Defendant-Appellant.

                                           Saginaw CC: 90-004299-FH

_____/

      On order of the Court, the application for leave to appeal the July 10, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to add issue is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

s1022

                                       Clerk